UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CARLOS PERRY RIVERA,<br><br>　　　　　　　　Defendant. | Case No. 09CR0829-BTM<br><br>Date:  June 19, 2009<br>Time:  9:00 a.m.<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE  SENTENCING** |

　　　GOOD CAUSE APPEARING, the Court hereby GRANTS the joint motion to continue the sentencing in the above-captioned matter from June 19, 2009 to August 28, 2009 at 9:00 a.m.  The time between June 19, 2009 and August 28, 2009 shall be excluded under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: June 18, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_Barry Ted Moskowitz_

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge